1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MONRELL D. MURPHY,                          No.  2:21-cv-1789 TLN KJN P

12              Plaintiff,

13        v.                                      ORDER

14   C. PIERCE, et al.,

15              Defendants.

16

17        Plaintiff is a prisoner, proceeding pro se and in forma pauperis.  Plaintiff seeks relief

18   pursuant to 42 U.S.C. § 1983.

19        On October 4, 2021, the court ordered the United States Marshal to serve the complaint on

20   defendants.  Process directed to defendant J. Lopez was returned unserved because "unable to

21   identify, need more information."  Plaintiff must provide additional information to serve this

22   defendant.  Plaintiff shall promptly seek such information through discovery, the California

23   Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If

24   access to the required information is denied or unreasonably delayed, plaintiff may seek judicial

25   intervention.

26        Accordingly, IT IS HEREBY ORDERED that:

27        1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with

28   an instruction sheet and a copy of the complaint filed September 28, 2021;

1

2.  Within sixty days from the date of this order, plaintiff shall complete and submit the

attached Notice of Submission of Documents to the court, with the following documents:

a.  One completed USM-285 form for defendant J. Lopez;

b.  Two copies of the endorsed complaint filed September 28, 2021; and

c.  One completed summons form (if not previously provided) or show good cause

why he cannot provide such information.

Dated:  November 2, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/murp1789.8e

2

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MONRELL D. MURPHY,                    No.  2:21-cv-1789 TLN KJN P

12              Plaintiff,

13        v.                               NOTICE OF SUBMISSION OF
                                           DOCUMENTS
14   C. PIERCE, et al.,

15              Defendants.

16

17        Plaintiff hereby submits the following documents in compliance with the court's order

18   filed _____ :

19        ____        completed summons form

20        __1__       completed USM-285 forms

21        __2__       copies of the ____September 28, 2021_____

22                              Complaint

23   DATED:

24

25

26

27                                    _____

28                                         Plaintiff

                                3