UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL D. MURPHY, | No. 2:21-cv-1789 TLN KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| C. PIERCE, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding pro se, with a civil rights action seeking relief under 42 U.S.C. § 1983. On December 15, 2022, the motion to dismiss filed by defendants Lebeck and Pierce was denied. On February 6, 2023, defendants Lebeck and Pierce were relieved of their obligation to file a responsive pleading until further order of court. (ECF No. 37.) On February 24, 2023, service on defendant Jacob Lopez was ordered, and on April 4, 2023, defendant Lopez filed a notice of intent to waive service. Therefore, defendants Lebeck and Pierce shall file an answer within fourteen days from the date of this order.

    Accordingly, IT IS HEREBY ORDERED that defendants Lebeck and Pierce shall file an answer within fourteen days from the date of this order.

Dated: May 2, 2023

/murp1789.ans

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE