IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONRELL D. MURPHY,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**C. PIERCE, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:21-cv-01789-TLN KJN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT** |

　　　　Having read and considered the *Ex Parte* Application for Extension of Deadline to File Motion for Summary Judgment filed by Defendants Lopez, Pierce, and Lebeck and the declaration of Deputy Attorney General Chase Goldstein supporting the application, and for good cause showing, defendants' application for an extension of time is granted.

　　　　Accordingly, IT IS HEREBY ORDERED that**:**

　　　　1.　　Defendants' *Ex Parte* Application for Extension of Deadline to File Motion for Summary Judgment is granted; and

　　　　2.　　Defendants may file and serve a motion for summary judgment on or before January 27, 2024.

　　　　Dated:  December 13, 2023

/murp1789.ext

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE