IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL D. MURPHY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>C. PIERCE, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01789-KJN<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS |

　　　On December 13, 2023, Defendants Lopez, Pierce, and Lebeck submitted a request to seal documents in support of defendants' motion for summary judgment to protect plaintiff's privacy rights. Having considered defendants' request, the undersigned finds good cause exists and grants defendants' request. Pursuant to Local Rule 141(b), the Clerk of Court shall file under seal Exhibits 3-9 of the Declaration of Chase Goldstein in support of defendants' motion for summary judgment. Accordingly, IT IS HEREBY ORDERED that**:**

　　　1. Defendants' request to seal documents (ECF No. 55) is granted; and

　　　2. The Clerk of Court shall file under seal Exhibits 3-9 of the Declaration of Chase Goldstein in support of defendants' motion for summary judgment.

Dated: December 19, 2023

/murp1789.sea

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE