1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    MONRELL D. MURPHY,                       No.  2:21-cv-1789-TLN-CSK (P)

12                    Plaintiff,

13          v.                                 **ORDER**

14    C. PIERCE, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 09, 2024, the magistrate judge filed findings and recommendations which

21    were served on all parties, and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  The deadline has passed,

23    and no objections have been filed.

24          Although it appears from the file that plaintiff's copy of the findings and

25    recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

26    keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service

27    of documents at the record address of the party is fully effective.

28          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

1

1  F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

2  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

3  magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").

4  Having reviewed the file, the Court finds the findings and recommendations to be supported by

5  the record and by the proper analysis.

6       Accordingly, IT IS HEREBY ORDERED that:

7      1.  The findings and recommendations (ECF No. 75) are ADOPTED in full; and

8      2.  This action is DISMISSED for failure to prosecute.

9      3.  The Clerk of Court is directed to close this case.

10  DATE: December 5, 2024

11

12

13  _____

14  TROY L. NUNLEY
   CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28